■ KATHLEEN M. COX, an Infant, by JOHN H. COX, Her Guardian ad Litem, et al., Respondents, v. FREDERICK MUTH, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Genesee Special Term, denying defendant's motion for change of place of trial from Genesee County to Wyoming County.) Present — Bastow, J. P., Goldman, Halpern, McCluskey and Henry, JJ.

■ JAMES C. HEANEY, Respondent, v. JOHN E. DRURY, JR., et al., Doing Business as DESMOND & DRURY, Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term, granting plaintiff's motion for a preference.) Present — Bastow, J. P. Goldman, Halpern, McClusky, and Henry, JJ.

■ In the Matter of CARL H. BAILEY, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously annulled, with $50 costs and disbursements, on the ground that the finding that petitioner was guilty of gross negligence was not supported by substantial evidence. (Review of the action of the Commissioner of Motor Vehicles which suspended petitioner's operator's license, which proceeding was transferred to the Appellate Division for determination by order of Erie Special Term.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ POWER AUTHORITY OF THE STATE OF NEW YORK, Appellant, v. PAUL K. WUSTRACK et al., Respondents.— Final order insofar as appealed from unanimously affirmed, with costs. (Appeal from part of final order of Niagara Special Term, resettling order, granting an additional allowance of 5% upon the amount awarded in a condemnation proceeding.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ In the Matter of ALFRED J. BENTLEY, Appellant, v. ANTHONY A. HENNINGER, as Mayor of the City of Syracuse, Respondent.— Motion for leave to appeal to the Court of Appeals dismissed on the ground that the application was not timely made. (Civ. Prac. Act, § 592, subd. 2.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ MABEL M. NICHOLS, Appellant, v. CHARLES A. NICHOLS, Respondent. (Appeals No. 1 and 2.) — Motion for reargument denied. Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ In the Matter of CARLTON P. O'CONNOR, an Attorney.— Application for reinstatement granted.

■ LAWRENCE FREEBORN, by DELBERT FREEBORN, His Guardian ad Litem, Appellant, v. BLOUNT LUMBER CO., INC., et al., Defendants and IAN L. RICHARDS, Respondent. DELBERT FREEBORN, Appellant, v. BLOUNT LUMBER COMPANY, INC., et al., Defendants, and IAN L. RICHARDS, Respondent.— Walter J. Gunderman, Esq., substituted as attorney for appellants in place and stead of· John F. Gunderman, deceased.

■ SHIRLEYANN N. YOTT, Plaintiff, v. LOUIS C. NIRO, JR., Defendant.— Order of substitution of party and attorney entered.

■ VIVIAN WRIGHT, Respondent, v. HAROLD PLANT, Appellant.— Appeal dismissed unless records and appellant's briefs are filed and served on or before October 14, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term.

■ In the Matter of DOROTHY BARNES.— Motion granted and appeal dismissed.